## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

2007 OCT 31  A 9: 46

DAVID MATTHEW GRIFFIN,          )

    PLAINTIFF,                            )

VS.                                            )

COFFEE COUNTY COMMISSION,    )
SHERIFF BENJAMIN M. MOATES
and ADMINISTRATOR JACK INNIS.  )

    DEFENDANTS.                         )

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CASE NO.:

1:07 CV 978 – MHT

## COMPLAINT

## JURISDICTION

The Jurisdiction of this Court arises under 28 U.S.C. §1331, as it is an action providing for the redress of deprivation of rights under the color of the state law pursuant to 42 U.S.C. §1983.

COMES NOW, the Plaintiff, DAVID MATTHEW GRIFFIN, in the above styled cause and avers as follows:

## PARTIES

1.    The Plaintiff, DAVID MATTHEW GRIFFIN, is an individual who resides in Coffee County, Alabama .

2.    That the Defendant, JACK INNIS, who is the Coffee County Jail Administrator, and  BENJAMIN M. MOATES, who is the Sheriff of Coffee County, are both employees of the Defendant, the COFFEE COUNTY COMMISSION, and are all residents of Coffee County, Alabama.

## FACTS OF THE CASE

1. On or about May 8 until May 20, 2006, the Plaintiff was arrested and held in the Coffee County Jail in New Brockton, Alabama under the supervision of the Defendants.

2. That while the Plaintiff was incarcerated in the Coffee County Jail, the Plaintiff's mother contacted the Defendant, Jack Innis, and informed him of the Plaintiff's mental problems and her concern for the Plaintiff's safety due to his mental problems. The Defendant, Jack Innis, assured her that the Plaintiff would be placed in "secured lockdown".

3. That the Defendants placed the Plaintiff in Cell No. 1 on Cell Block No. 9 of the Coffee County Jail along with two (2) other inmates, one being Glenn Allen Stackhouse. On or about May 18, 2006, the Plaintiff was violently raped and assaulted with a deadly weapon by Inmate Stackhouse.

4. That the Plaintiff suffered mental and physical injuries and was hospitalized. Further, the Plaintiff continues to have anxiety and mental anguish stemming from the attack.

## COUNT I

1. The Plaintiff adopts the paragraphs immediately preceding Count I.

2. The Defendants were deliberately indifferent in placing the Plaintiff in a cell with other violent inmates, namely, Glenn Allen Stackhouse, thus creating a substantial risk of harm. The Defendants had knowledge of the risk of harm to the Plaintiff and failed to act reasonably in addressing said risk.

WHEREFORE, PREMISE CONSIDERED, the Plaintiff demands Judgment against the Defendants in an amount to be set by the jury.

### COUNT II

1. The Plaintiff adopts the paragraphs immediately preceding Count I.

2. That the Plaintiff's injuries are a result of the Defendants' deliberate indifference to his safety and protection.

3. That the conduct by the Defendants constitutes negligence.

WHEREFORE, PREMISE CONSIDERED, the Plaintiff demands Judgment against the Defendants for compensatory damages in an amount to be set by the jury and punitive damages in an amount to be set by the jury.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted this the 10TH day of October, 2007.

W. TERRY BULLARD (BUL007)
Attorney for Plaintiff
Post Office Box 398
Dothan, Alabama 36302
(334)793-5665

DAVID MATTHEW GRIFFIN

Sworn to and subscribed before me this the 10TH day of October, 2007.


_____
NOTARY PUBLIC
My Commission Exp. 07/03/09


Serve Defendant Coffee County Commission at:

2 County Complex
Highway 84 & McKinnon Street
New Brockton, Alabama 36351

Serve Defendant Sheriff Benjamin M. Moates at:

Coffee County Sheriff's Department
4 County Complex
Highway 84
New Brockton, Alabama 36351


Serve Defendant Jack Innis at:

Coffee County Jail
4 County Complex
Highway 84
New Brockton, Alabama 36351

DUPLICATE

Court Name: U S DISTRICT COURT – AL/M
Division: 2
Receipt Number: 4602001015
Cashier ID: brobinso
Transaction Date: 10/31/2007
Payer Name: W TERRY BULLARD ATTY
-----------------------------------
CIVIL FILING FEE
 For: W TERRY BULLARD ATTY
 Case/Party: D-ALM-1-07-CV-000978-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 4661
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

GRIFFIN V. COFFEE COUNTY COMMISSION
ET AL