AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　　Middle　　　　　District of　　　　　Alabama

David Matthew Griffin

**SUMMONS IN A CIVIL ACTION**

V.

Coffee County Commission, Sheriff Benjamin Moates and Administrator Jack Innis

CASE NUMBER: 1:07cv978 - MHT

TO: (Name and address of Defendant)

Administrator Jack Innis
Coffee County Jail
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
P.O. Box 398
Dothan, Alabama 36302
334/793-5665

an answer to the complaint which is served on you with this summons, within ~~thirty (30)~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 11/6/07

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

David Matthew Griffin

V.

Coffee County Commission, Sheriff Benjamin Moates and Administrator Jack Innis

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv978 – MHT

TO: (Name and address of Defendant)

Coffee County Commission
2 County Complex
Highway 84 & McKinnon Street
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
P.O. Box 398
Dothan, Alabama 36302
334/793-5665

an answer to the complaint which is served on you with this summons, within ~~thirty (30)~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                         11/6/07
CLERK                                                    DATE

_(signature)_
(By) DEPUTY CLERK

◎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

David Matthew Griffin

V.

Coffee County Commission, Sheriff Benjamin Moates and Administrator Jack Innis

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07cv978 - MHT

TO: (Name and address of Defendant)

Sheriff Benjamin M. Moates
Coffee County Sheriff's Department
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
P.O. Box 398
Dothan, Alabama 36302
334/793-5665

an answer to the complaint which is served on you with this summons, within ~~thirty (30)~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                     11/6/07

CLERK                                                                              DATE

_[signature]_

(By) DEPUTY CLERK