**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coffee County Commission
2 County Complex
Hwy. 84 & McKinnon St.
New Brockton, AL. 36351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
_Jim W[illegible]_

C. Date of Delivery
11/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv 978
svc

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7006 0100 0000 0740 5428

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540