

kett, Clerk of Court
rict Court
Alabama

bama 36101-0711

7006 0100 0000 0740 5466

Administrator Jack Innis
Coffee County Jail
4 County Complex
Highway 84
New Brockton, Alabama 36351

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

David Matthew Griffin

V.

Coffee County Commission, Sheriff Benjamin Moates and Administrator Jack Innis

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv978 - MHT

TO: (Name and address of Defendant)

Administrator Jack Innis
Coffee County Jail
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
P.O. Box 398
Dothan, Alabama 36302
334/793-5665

an answer to the complaint which is served on you with this summons, within ~~thirty (30)~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  11/6/07