P. Hackett, Clerk of Court
es District Court
rict of Alabama
1
y, Alabama 36101-0711

  

CERTIFIED MAIL™

7006 0100 0000 0740 5459

Sheriff Benjamin M. Moates
Coffee County Sheriff's Department
4 County Complex
Highway 84
New Brockton, Alabama 36351

11-7

11-22

36351030713  R003

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____    District of    _____Alabama_____

David Matthew Griffin

**SUMMONS IN A CIVIL ACTION**

V.

Coffee County Commission, Sheriff Benjamin
Moates and Administrator Jack Innis

CASE NUMBER:  1:07cv978 - MHT

TO: (Name and address of Defendant)

Sheriff Benjamin M. Moates
Coffee County Sheriff's Department
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
P.O. Box 398
Dothan, Alabama 36302
334/793-5665

an answer to the complaint which is served on you with this summons, within _____ ~~thirty (30)~~ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

11/6/07
DATE

(By) DEPUTY CLERK