IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID MATTHEW GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-978-MHT-WC |
| | ) |
| COFFEE COUNTY COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT COFFEE COUNTY COMMISSION'S MOTION TO DISMISS**

COMES NOW the Coffee County Commission, a Defendant in the above-referenced case, and moves this Court to dismiss the Plaintiff's Complaint against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as the Plaintiff's Complaint, and its component parts, separately and severally fails to state a claim against it upon which relief may be granted. As reasons for so moving, this Defendant states as follows:

1. The Complaint fails to state a claim against the Coffee County Commission, because the County Commission has only limited authority over, and responsibility for, the County Jail. No facts have been alleged that the Coffee County Commission took any action or had any policy or custom that caused Plaintiff's injury.

2. The Coffee County Commission cannot be held liable for the actions or inactions of the Coffee County Sheriff or the Coffee County Jail Administrator, because:

    a. All the Plaintiff's claims, both federal and state, attempt to hold Coffee County Commission liable under a theory of *respondeat superior*.

    b. The Coffee County Sheriff is not a final policy-maker for the Coffee County Commission.

1

      c.      The Coffee County Commission has no authority over the activities of the Coffee County Sheriff's Office.

      d.      The Plaintiff has failed to allege that any policy of the Coffee County Commission was the moving force behind any alleged violation of the Plaintiff's rights.

      e.      Section 1983 is not a source of substantive rights.

3.      The Complaint fails to state a federal claim for deliberate indifference against the Coffee County Commission, because the County Commission was not deliberately indifferent.

4.      The Coffee County Commission cannot be held liable for punitive damages.

WHEREFORE, PREMISES CONSIDERED, Defendant Coffee County Commission requests that this Court enter an order dismissing all claims against it in this action.

Respectfully submitted this 27th day of November, 2007.

           **s/Kendrick E. Webb**
           KENDRICK E. WEBB, Bar No. WEB022
           JOSEPH L. HUBBARD, JR., Bar No. HUB015
           ATTORNEYS FOR DEFENDANT COFFEE COUNTY COMMISSION
           WEBB & ELEY, P.C.
           7475 Halcyon Pointe Drive (36117)
           Post Office Box 240909
           Montgomery, Alabama  36124
           Telephone:  (334) 262-1850
           Fax:  (334) 262-1889
           E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **27th day of November, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant:  **W. Terry Bullard**.

           **s/Kendrick E. Webb**
           OF COUNSEL