IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID MATTHEW GRIFFIN,       )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         1:07cv978-MHT
                             )
COFFEE COUNTY COMMISSION,    )
et al.,                      )
                             )
    Defendants.              )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on December 20, 2007, with all briefs due by said date.

DONE, this the 29th day of November, 2007.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE