**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| DAVID MATTHEW GRIFFIN, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CASE NO.:  1:07-cv-00978-MHT-WC |
| COFFEE COUNTY COMMISSION, SHERIFF BENJAMIN M. MOATES and ADMINISTRATOR JACK INNIS. | ) ) | |
| DEFENDANTS. | ) | |

**MOTION TO DISMISS WITH PREJUDICE**

COMES NOW, the Plaintiff, DAVID MATTHEW GRIFFIN, in the above styled cause by and through his undersigned attorney, and moves this Honorable Court to dismiss this matter as to the Defendant, COFFEE COUNTY COMMISSION, with prejudice.

Respectfully submitted this the 11th day of January, 2008.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Plaintiff
Post Office Box 398
Dothan, Alabama 36302
(334)793-5665

## CERTIFICATE OF SERVICE

    I, W. Terry Bullard, do hereby certify that I have served the foregoing Motion to Dismiss upon the Honorable Joseph Lister Hubbard, Jr. and the Honorable Kendrick E. Webb, Attorneys for Defendant, Coffee County Commission, Post Office Box 240909, Montgomery, Alabama 36124-0909 by electronically filing the same this the 11th day of January, 2008.


    /s/ W. Terry Bullard  
    OF COUNSEL