IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID MATTHEW GRIFFIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-978-MHT-WC |
| | ) |
| **COFFEE COUNTY COMMISSION,** | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Coffee County Commission, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

        This party is an individual, or

X        This party is a governmental entity, or

        There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 16th day of January, 2008.

    **s/Joseph L. Hubbard, Jr.**
    KENDRICK E. WEBB, Bar No. WEB022
    JOSEPH L. HUBBARD, JR., Bar No. HUB015
    ATTORNEY FOR DEFENDANT COFFEE COUNTY COMMISSION
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Drive (36117)
    Post Office Box 240909
    Montgomery, Alabama 36124
    Telephone: (334) 262-1850
    Fax: (334) 262-1889
    E-mail: jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **16th day of January, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice to the following CM/ECF participant: **W. Terry Bullard**.

    **s/Joseph L. Hubbard, Jr.**
    OF COUNSEL