IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID MATTHEW GRIFFIN,                ) | |
|     Plaintiff,                ) | |
|     v.                ) | CIVIL ACTION NO. |
|                     ) | 1:07cv978-MHT |
| COFFEE COUNTY COMMISSION,                ) | (WO) |
| et al.,                ) | |
|     Defendants.                ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motions to dismiss (Doc. Nos. 6 & 9) are granted and that defendant Coffee County Commission is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of January, 2008.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE