AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

David Matthew Griffin

"Alias"

## SUMMONS IN A CIVIL ACTION

V.

Coffee County Commission, Sheriff Benjamin M. Moates and Administrator Jack Innis

CASE NUMBER: 1:07-cv-00978-MHT

TO: (Name and address of Defendant)

Sheriff Benjamin M. Moates
Coffee County Sheriff's Dept.
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
Post Office Box 398
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/17/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE    District of    ALABAMA

David Matthew Griffin

"Alias"

**SUMMONS IN A CIVIL ACTION**

V.

Coffee County Commission, Sheriff Benjamin M. Moates and Administrator Jack Innis

CASE NUMBER:    1:07-cv-00978-MHT

TO: (Name and address of Defendant)

Administrator Jack Innis
Coffee County Jail
4 County Complex
Highway 84
New Brockton, Alabama 36351

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Terry Bullard
Post Office Box 398
Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    1/17/08

CLERK    DATE

(By) DEPUTY CLERK