IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID MATTHEW GRIFFIN,        )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       1:07cv978-MHT
                              )           (WO)
SHERIFF BENJAMIN M. MOTES     )
and ADMINISTRATOR JACK        )
INNIS,                        )
                              )
    Defendants.               )
```

OPINION

On September 22, 2010, the court issued an order requiring that "plaintiff David Matthew Griffin show cause, if any there be, in writing by October 8, 2010, as to why this case should not be dismissed in its entirety for want of prosecution."  The court explained that, "There has been no action in this case since January 2008."  Griffin has failed to respond to the show-cause order at all.  This case will therefore be dismissed without prejudice for want of prosecution.

**An appropriate judgment will be entered.**

**DONE, this the 14th day of October, 2010.**

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**