IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID MATTHEW GRIFFIN,        )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:07cv978-MHT
                              )            (WO)
SHERIFF BENJAMIN M. MOTES     )
and ADMINISTRATOR JACK        )
INNIS,                        )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety without prejudice for want of prosecution.

It is further ORDERED that costs are taxed against plaintiff David Matthew Griffin, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 14th day of October, 2010.**

                                 <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**